# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re: Genentech Herceptin (Trastuzumab) Marketing and Sales Practices Litigation | MDL No. 16-md-2700-TCK-TLW |
| *This filing relates to:* | |
| COMANCHE COUNTY MEMORIAL HOSPITAL, on behalf of itself and all others similarly situated, | Case No.: 16-cv-347-TCK-TLW |
| Plaintiffs | |
| vs. | |
| GENENTECH, INC., et al., | |
| Defendants. | |

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

    I am admitted or otherwise authorized to practice in this court, and I appear in this case for: COMANCHE COUNTY MEMORIAL HOSPITAL

Dated: June 15, 2016    Respectfully submitted,

    /s/ *James D. Sill*
    James D. Sill, OBA No. 8239
    SILL LAW GROUP, PLLC
    14005 N. Eastern Avenue
    Edmond, OK 73013
    Phone: (405) 509-6300
    Fax: (405) 509-6268
    jim@sill-law.com
    ***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 15th day of June, 2016, a copy of the foregoing was served via the Court's electronic filing system.

                                               s/   *James D. Sill*
                                                       JAMES D. SILL