# EXHIBIT 4

**HIGHLY CONFIDENTIAL –**

**SUBJECT TO COURT ORDER**

**FILED UNDER SEAL**