**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| IN RE: GENENTECH HERCEPTIN | ) | |
| (TRASTUZUMAB) MARKETING | ) | MDL DOCKET NO. 16-MD-2700 |
| AND SALES PRACTICES | ) | ALL CASES |
| LITIGATION | ) | |

## SECOND SUPPLEMENT TO PRACTICE AND PROCEDURE ORDER

This Order supplements the Practice and Procedure Order previously entered on April 18, 2016 (Doc. 6) and replaces the Supplement to Practice and Procedure Order entered on April 20, 2016 (Doc. 9).

If a document is generally applicable to all consolidated actions, the caption shall include the MDL docket number followed by the notation "**ALL CASES**." Such document should be filed only in the Master Case, 16-MD-2700. If a document applies only to a particular case or cases, the caption shall include the MDL docket number and the docket number of each individual case to which it pertains. Documents which apply to only a particular case or cases should be filed in the Master Case and in each applicable case. All orders, pleadings, motions, and other documents shall bear the same caption as this Order regardless of whether such document is filed in the Master Case or in one of the consolidated actions.

**SO ORDERED** this 9th day of September, 2016.

_____
**TERENCE KERN**
**United States District Judge**