IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: GENENTECH HERCEPTIN ) | |
| (TRASTUZUMAB) MARKETING ) | MDL DOCKET NO. 16-MD-2700 |
| AND SALES PRACTICES ) | ALL CASES |
| LITIGATION ) | |

## CASE MANAGEMENT ORDER # 3

The Court enters the following amended deadlines for Phase 1:

Interim Production Deadlines:

| | |
|---|---|
| Plaintiffs' First Priority Custodians; Complaints Database; and Herceptin Annual Reports | 12/15/17 |
| Plaintiffs' Second Priority Custodians; Information Requests Database; and Certificates of Analysis | 1/22/18 |
| Plaintiffs' Third Priority Custodians | 3/23/18 |

Scheduling Order Deadlines:

| | |
|---|---|
| Genentech's Production Deadline | 3/23/18 |
| Phase I Discovery Cut-off | 4/23/18 |
| Plaintiffs Provide Expert Reports | 5/8/18 |
| Plaintiffs' MSJ Response Due | 5/22/18 |
| Genentech's MSJ Reply Due | 21 days after Plaintiffs' response brief |

**SO ORDERED** this 19th day of October, 2017.

JODI F. JAYNE, MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT